**Order entered August 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01244-CR

**JESSICA JACOLE HOLLOWAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-41299-T**

## ORDER

On August 3, 2015, this Court ordered court reporter Karren Jones to file a supplemental record containing State's Exhibit no. 6 within ten days. To date, Ms. Jones has neither filed the exhibit nor communicated with the Court regarding the status of the exhibit.

Accordingly, the Court **ORDERS** court reporter Karren Jones to file, by **4:00 p.m. on MONDAY, AUGUST 24, 2015**, a supplemental record containing State's Exhibit no. 6, a DVD. If the supplemental record with the exhibit is not filed by the date and time specified, the Court will utilize its available remedies including ordering that Karren Jones not sit as a court reporter until the exhibit is filed in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Rick Magnis, Presiding Judge, 283rd Judicial District Court; Karren Jones, court reporter, Auxiliary Court, and to counsel for all parties.

/s/     ADA BROWN
        JUSTICE